# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:           )
              )     **MOTION**
ROBINSON, TINA MARIE  xxx-xx-7560 )    **CHAPTER 13**
2316 HERITAGE VIEW LANE     )
THOMASVILLE, NC 27360      )  No:  25-10229 C-13G
              )
        Debtor   )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

   This plan was scheduled for a Meeting of Creditors on May 12, 2025.   The Debtor failed to provide the Trustee with a copy of the last filed federal tax return before petition filing.  The Debtor failed to appear at the Meeting of Creditors on May 12, 2025, and has defaulted in required plan payments as of May 12, 2025. The Meeting of Creditors was continued to May 27, 2025. The Trustee recommends pursuant to 11 U.S.C. §1307(c) that the Debtor be dismissed from Chapter 13 for failure to have the Meeting of Creditors concluded or for default in required plan payments.  The Trustee further recommends that should the case be dismissed prior to confirmation that the Trustee be allowed to retain from any funds received in the case noticing costs plus $125.00 to credit toward expenses.

Date:   May 13, 2025             s/Anita Jo Kinlaw Troxler
AJKT:lac                Standing Trustee

--------------------------------------------------------------------------------------------------------------------------

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court on <u>May 28, 2025, at 3:00 p.m. in Courtroom #1, Second Floor, 101 S. Edgeworth Street, Greensboro, NC 27401</u>, at which time you may appear and offer your evidence.  If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date:   **May 14, 2025**           OFFICE OF THE CLERK
                  U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
25-10229 C-13G


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720


TINA MARIE ROBINSON
2316 HERITAGE VIEW LANE
THOMASVILLE, NC 27360


DIRK W SIEGMUND
IVEY MCCLELLAN SIEGMUND ET AL
P O BOX 3324
GREENSBORO, NC 27402


PAMELA P. KEENAN
P.O. BOX 19766
RALEIGH, NC 27619


SYDNEY MARIE CAUTHEN
ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
13010 MORRIS ROAD SUITE 450
ALPHARETTA, GA 30004


JAMES S. LIVERMON, III
WOMBLE BOND DICKINSON (US) LLP
555 FAYETTEVILLE ST SUITE 1100
RALEIGH, NC 27601